UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                  CHAPTER 13
DANIEL H. THOR
JUNE M. THOR                                 CASE NO. 10-74488

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Nationstar Mortgage LLC          **Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 6133

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2,192.96 (Per Creditor's Proof of Claim) |
| | +  350.00 (Per Allowed Cost of Collection Claim) |
| Total | $2,542.96 |
| | |
| Amount Paid by Trustee | $2,542.96 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan        ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  1/19/2016                      /s/Lydia S. Meyer
                                              Lydia S. Meyer, Trustee
                                              308 W. State St., Suite 212
                                              Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of January, 2016.

Dated:  1/19/2016                      /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX 75261-9741

FIRST HORIZON HOME LOAN CORP.
BANKRUPTCY DEPARTMENT
4000 HORIZON WAY
IRVING, TX  75063

RICHARD B ARONOW  #3123969
FISHER & SHAPIRO LLC
2121 WAUKEGAN ROAD  SUITE 301
BANNOCKBURN, IL 60015

NATIONSTAR MORTGAGE
PO BOX 829009
DALLAS, TX 75382-9009

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

DANIEL H. THOR
JUNE M. THOR
408 WELTY AVENUE
ROCKFORD, IL  61107

DAVID H. CARTER
ATTORNEY AT LAW
308 W. STATE ST., SUITE 215
ROCKFORD, IL  61101